# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY ANTWAN MARSHALL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70453

FILED

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On May 19, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent that appellant appeals from the June 9, 2016, order, no statute or court rule provides for an appeal from an order denying motion, or in the alternative, countermotion to treat motion as a petition and transfer petition to the appropriate venue. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because appellant failed to designate an appealable order, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.     _____, J.
Hardesty                Pickering

16-25942

cc: Hon. Michael Villani, District Judge
Bradley Antwan Marshall
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A